Bradley G. Grumbley
California State Bar No.: 265265
COZEN O'CONNOR
501 West Broadway, Suite 1610
San Diego, CA 92101
Telephone: 619.234.1700
Toll Free Phone: 800.782.3366
Facsimile: 619.234.7831

Attorneys for Plaintiff
State Farm General Insurance Company

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | |
|---|---|
| STATE FARM GENERAL INSURANCE COMPANY,<br><br>Plaintiff,<br><br>vs.<br><br>ECODYNE WATER SYSTEMS, INC., a corporation; ECODYNE WATER TREATMENT, INC., a Delaware corporation; ECODYNE WATER SYSTEMS LLC, a Delaware limited liability company; WHIRLPOOL CORPORATION, a Delaware corporation; and DOES 1 through 10, inclusive,<br><br>Defendant(s). | Case No.: 5:14-CV-02124-DOC-KK<br><br>Judge: Hon. David O. Carter<br><br>**ORDER OF DISMISSAL [9]**<br><br>Complaint Filed: July 21, 2014 |

## **ORDER**

Pursuant to the foregoing Request for Dismissal and good cause appearing therefor,

IT IS HEREBY ORDERED that the action of State Farm General Insurance Company v. Ecodyne Water Systems, Inc., et al., is hereby dismissed, with prejudice, in its entirety, each of the parties to bear their own fees and costs.

1 | IT IS SO ORDERED.

2 | Dated:_March 27, 2015_____

By: *David O. Carter*
HON. DAVID O. CARTER